PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Krystal Cordoba      Cr.: 20-00186-001
    PACTS #: 5674923

Name of Sentencing Judicial Officer:   THE HONORABLE BRIAN R. MARTINOTTI
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/08/2023

Original Offense:    Count One: Conspiracy to Distribute Controlled Substance, 21 U.S.C. 846

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Location Monitoring Program, Mental Health Treatment, Other Condition

Type of Supervision: Probation                                  Date Supervision Commenced: 02/08/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.** |
| | On March 4, 2023, Ms. Cordoba was drug tested by her substance abuse counselor and was positive for Cocaine. |

Prob 12A – page 2
Krystal Cordoba

U.S. Probation Officer Action:

This Officer met with Ms. Cordoba and her counselor regarding the positive test for Cocaine. She initially denied using any substances. However, she eventually admitted to relapsing. She continues to attend outpatient treatment services at Trinitas Regional Medical Center. It was recommended that in addition to treatment services, that she attend NA/AA meetings. At this time, we are not recommending any court action to be taken. We will continue to monitor her compliance and notify Your Honor if there is any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By: AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

**Kevin M. Villa**   3/13/23

KEVIN M. VILLA           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

March 14, 2023
Date