PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Krystal Cordoba | Cr.: 20-00186-001 |
| | PACTS #: 5674923 |

Name of Sentencing Judicial Officer:   THE HONORABLE BRIAN R. MARTINOTTI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/08/2023

Original Offense:    Count One: Conspiracy to Distribute a Controlled Substance, 21 U.S.C. 846

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Location Monitoring Program, Mental Health Treatment, Other Condition

Type of Supervision: Probation                              Date Supervision Commenced: 02/08/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.** |
| | On March 27, 2023, Ms. Cordoba was drug tested by her substance abuse counselor and was positive for Opiates and Fentanyl. |

Prob 12A – page 2
Krystal Cordoba

U.S. Probation Officer Action:

This Officer met with Ms. Cordoba and her counselor (virtually) regarding the above noted positive test result. Ms. Cordoba denied using these substances. Ms. Cordoba's counselor and treatment team met to discuss her recent drug use and we all agreed to increase her treatment sessions to four days per week. This is her second noncompliance report submitted to Your Honor. At this time, we are not recommending any court action to be taken. We will continue to monitor her progress in treatment and notify Your Honor if there is any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

04/03/2023
KEVIN M. VILLA                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Signature of Judicial Officer

April 03, 2023
Date