PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Krystal Cordoba     Cr.: 20-00186-001
    PACTS #: 5674923

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                   UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/08/2023

Original Offense:    Count One: Conspiracy to Distribute Controlled Substance, 21 US.C 846

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Location Monitoring Program, Mental Health Treatment, Other Condition

Type of Supervision: Probation                              Date Supervision Commenced: 02/08/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                  **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**

                  On April 21, 2023, Ms. Cordoba was unsuccessfully discharged from her outpatient drug and alcohol program.

Prob 12A – page 2
Krystal Cordoba

U.S. Probation Officer Action:

On April 24, 2023, Ms. Cordoba reported to the Probation Office as directed. She was drug tested and was positive for Suboxone (prescription medication). All other results were negative. We discussed her discharge from Trinitas. Specifically, she was discharged because of her behavior, attitude and recording patients on her cell phone during the group sessions.

Ms. Cordoba admitted to her wrongdoing and wants another opportunity to complete an outpatient drug and alcohol program. She has an intake evaluation scheduled for April 25, 2023, at Recovery Center of America located in South Amboy.

Ms. Cordoba is employed full time and reports as directed. At this time, we are not recommending any court action to be taken. If Your Honor has any questions, please do not hesitate to contact the undersigned at (973) 223-0101.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf
APPROVED:

_____   04/24/2023
KEVIN M. VILLA                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

April 25, 2023
Date